IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CHRIS SCHMITT,<br>Defendant. | Case No. 8:23-CR-86<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT** |

 Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant hereby waives personal appearance at the arraignment on the charges currently pending against Defendant in this Court. In support thereof, Defendant states as follows:

(1) Defendant affirms receiving a copy of the third superseding indictment;
(2) Defendant understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and
(3) Defendant pleads not guilty to all counts of the third superseding indictment.

**I have reviewed this waiver with my attorney and certify all information contained within is true and accurate.**

_____    05 / 09 / 2025
Chris Schmitt, Defendant      _____
                Date

 WHEREFORE, Defendant requests this Honorable Court enter an order accepting Defendant's waiver of appearance and enter a not guilty plea to all counts of the third superseding indictment.

1

        Respectfully submitted,
        Chris Schmitt, Defendant

        _/s/Eric M. Hagen_____
        Eric M. Hagen #27326
        Liberty Law Group, LLC
        13321 California St., Suite 300
        Omaha, NE  68154
        (402) 865-0501
        Direct: (402) 315-0804
        eric@libertylawgroup.com
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Assistant U.S. Attorney, by electronically serving a copy of the same via CM/ECF, on May 9, 2025.

        /s/ Matthew J. Knipe
        Matthew J. Knipe, #26981

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 9th day of May, 2025.

        BY THE COURT:

        _____
        MAGISTRATE JUDGE
        UNITED STATES DISTRICT COURT

Doc ID: ccf09da20dbfa910c2481dd8151360f91325d7b7