IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR86 |
| vs. | ORDER |
| CHRIS SCHMITT, | |
| Defendant. | |

    This matter is before the court on the motion of Eric M. Hagen to withdraw as counsel for the defendant, Chris Schmitt (Filing No. 482). Eric M. Hagen represents that he has a conflict of interest in this matter. Eric M. Hagen's motion to withdraw (Filing No. 482) is granted.

    Desirae M. Solomon, 13215 Birch Drive, Suite 103, Omaha, NE 68164, (402) 578-4260, is appointed to represent Chris Schmitt for the balance of these proceedings pursuant to the Criminal Justice Act. Eric M. Hagen shall forthwith provide Desirae M. Solomon with the discovery materials provided the defendant by the government and such other materials obtained by Eric M. Hagen which are material to Chris Schmitt's defense.

    The clerk shall provide a copy of this order to Desirae M. Solomon, and she shall file her appearance forthwith.

    **IT IS SO ORDERED.**

Dated this 9th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge