IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHRIS SCHMITT,<br><br>          Defendant. | **8:23-CR-86**<br><br><br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Extend. Filing 671. The Government seeks additional time to file its response to defendant Chris Schmitt's pretrial Motion to Dismiss or In the Alternative Motion for Bill of Particulars and Request for Hearing, Filing 613. The Court will grant the Government's request for an extension. Accordingly,

IT IS ORDERED that the Government's Motion to Extend, Filing 671, is granted. The Government shall file its response brief to the defendant's Motion to Dismiss, Filing 613, on or before February 27, 2026.

Dated this 10th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1